# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:01-65-CWH |
| | ) | |
| vs. | ) | |
| | ) | |
| Roderick S. Titus, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

On February 23, 2004, the Court revoked the defendant's term of supervised release and sentenced the defendant to 12 months imprisonment to run consecutively with a state court sentence the defendant was serving at the time of the violation hearing.

On December 14, 2005, the defendant filed a motion requesting the Court to reconsider the decision to run the federal sentence consecutively with the state sentence. The defendant contends that the state court conviction against him was flawed and that this Court may rectify the faulty state sentence by amending the federal sentence to run concurrently with the state sentence.

During the defendant's term of supervised release, state authorities arrested and charged the defendant for distributing crack cocaine within the proximity of a school or park. The state court convicted the defendant and sentenced him to a term of imprisonment. Sentencing guideline section 7B1.3(f) recommends that this Court run any term of imprisonment imposed upon the revocation of supervised release consecutively to any sentence of imprisonment that the defendant is serving. Running the defendant's federal sentence consecutive to the state sentence is consistent with the policy set forth by sentencing guideline section 7B1.3(f).

The Court properly sentenced the defendant. Consequently, the Court denies the motion

to amend.

      **AND IT IS SO ORDERED**.

_____
**C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE**

April 5, 2007
Charleston, South Carolina